ORIGINAL

FILED

08/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0591

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0591

JACOB SMITH,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including October 3, 2020, within which to file Appellant's reply brief.

No further extensions will be granted.

DATED this 13th day of August, 2020.

For the Court,

_____
Chief Justice

FILED

AUG 13 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana